**FITZGERALD MONROE FLYNN PC**
JACK FITZGERALD (SBN 257370)
*jfitzgerald@fmfpc.com*
MELANIE R. MONROE (SBN 275423)
*mmonroe@fmfpc.com*
TREVOR FLYNN (SBN 253362)
*tflynn@fmfpc.com*
PETER GRAZUL (SBN 342735)
*pgrazul@fmfpc.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619) 215-1741
***Counsel for Plaintiff***

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LEVIT, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>NATURE'S BAKERY, LLC,<br><br>Defendant. | Case No. 24-cv-02987-JST<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL**<br><br>**[Fed. R. Civ. P. 41(a)(1)(A)(iI)]** |

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), by and through a stipulation between the parties, Plaintiff respectfully requests the Court dismiss his individual claims *with* prejudice and dismiss the putative class claims *without* prejudice.

Respectfully submitted,

Dated: May 13, 2025                    **FITZGERALD MONROE FLYNN PC**

/s/ Trevor Flynn[1]
Trevor Flynn
*Counsel for Plaintiff Andrew Levit*

Dated: May 13, 2025                    **KING & SPALDING LLP**

/s/ Keri Borders
Dale J. Giali
Keri E. Borders
Rebecca B. Johns
*Counsel for Defendant Nature's Bakery, LLC*

---

[1] Pursuant to N.D. Cal. Civ. L.R. 5-1(i)(3), I hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.